IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SALAAM RAHMAN RAHEEM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-80-C |
| | ) | |
| DAVID MILLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on February 24, 2010. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 78) is adopted and the Motion for Summary Judgment (Dkt. No. 28) of Defendants Debbie Morton and Genese McCoy is GRANTED. A separate judgment will enter at the conclusion of the case.

IT IS SO ORDERED this 25th day of March, 2010.

ROBIN J. CAUTHRON
United States District Judge